# DECISIONES PER CURIAM.

No. 1202. EL PUEBLO, APELADO, *v.* RUIZ, APELANTE.—Infracción al artículo 137 del Código Penal. San Juan, Sección 2ª. Diciembre 3, 1917. *Confirmada la sentencia apelada.*

---

No. 1762. VERE, APELADO, *v.* COLL Y CUCHÍ ET AL., APELANTES.—Cobro de dinero. San Juan, Sección 1ª. Diciembre 4, 1917. *Desestimada la apelación.*

---

No. 1215. EL PUEBLO, APELADO, *v.* SOSA RODRÍGUEZ ET AL., APELANTES.—Alteración de la paz. San Juan, Sección 2ª. Diciembre 5, 1917. *Confirmada la sentencia.*

---

No. 334. MOLLFULLEDA, COMO APODERADO DE PEDRO CUSSÓ, RECURRENTE, *v.* REGISTRADOR DE SAN JUAN, SECCIÓN 1ª., RECURRIDO.—Recurso gubernativo. Diciembre 7, 1917. *Confirmada la nota recurrida.*

---

No. 208. BINET, PETICIONARIO, *v.* FOOTE, JUEZ DISTRITO MAYAGÜEZ, DEMANDADO.—*Certiorari.* Diciembre 7, 1917. *Sin lugar.*

---

No. 1219. EL PUEBLO, APELADO, *v.* GONZÁLEZ, APELANTE.—Juegos prohibidos. Arecibo. Diciembre 11, 1917. *Confirmada la sentencia apelada.*